**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cristobal GONZALES, a.k.a. Carlos Puga, a.k.a. Cristobal Gonzales–Martinez, a.k.a. Christopher C. Gonzalez, a.k.a. Christopher C. Gonzales, a.k.a. Carlos Christibol Puga, a.k.a. Christopher Carolos Gonzalez, a.k.a. Cristobal Gonzalez, a.k.a. Cristobal Gonzalz, a.k.a. Cristoba Gonzalez, Defendant–Appellant.**

**No. 08–10331**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 14, 2009.

Laura Thomas Rivero, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Plaintiff–Appellee.

Valentin Rodriguez, Jr., West Palm Bch, FL, for Defendant–Appellant.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Valentin Rodriguez, appointed counsel for Cristobal Gonzales in this direct criminal appeal, has moved to withdraw from further representation and filed a brief

pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Gonzales's convictions and sentences are **AFFIRMED.**